# United States District Court
## Southern District of Georgia

Marcus Antwan Kinlaw,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV418-301

Ian Heap and Todd Toombs

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 2/19/19, adopting the Magistrate Judge's Report and Recommendation, judgment is hereby entered dismissing the case without prejudice.



| 2/20/19 | Scott L. Poff |
|---|---|
| Date | Clerk |

*(By) Deputy Clerk*